## Wesley A. MICHAELSON, Appellant,

v.

## WAITT BROADCASTING, INC., doing business as KMEG TV; Gold Circle Entertainment, Appellees.

### No. 02–1461.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 10, 2002.

Decided Feb. 3, 2003.

Before HANSEN, Chief Judge, MAGILL and BYE, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Wesley Michaelson appeals the district court's[1] adverse grant of summary judgment in this reverse gender discrimination action. After conducting de novo review, *see Duffy v. Wolle,* 123 F.3d 1026, 1033 (8th Cir.1997), *cert. denied,* 523 U.S. 1137, 118 S.Ct. 1839, 140 L.Ed.2d 1090 (1998), we can add nothing to the thorough and well-reasoned opinion of the district court.

Accordingly, we affirm the judgment of the district court for the reasons stated therein. *See* 8th Cir. R. 47B.

A true copy.

1. The Honorable Mark W. Bennett, Chief Judge, United States District Court for the Northern District of Iowa.